# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# AT LEXINGTON

CIVIL ACTION NO. 19-312-DLB-MAS

RICHIE E. MAYES                                                PETITIONER

v.          **ORDER ADOPTING REPORT AND RECOMMENDATION**

COMMONWEALTH OF KENTUCKY                           RESPONDENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the October 21, 2019 Report and Recommendation ("R&R") of United States Magistrate Judge Matthew A. Stinnett (Doc. # 5), wherein he recommends that Petitioner's Petition for Writ of Habeas Corpus (Doc. # 1) be denied.

No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, and concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)     The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 5) is hereby **ADOPTED** as the Order of the Court;

(2)     The Petitioner's Petition for Writ of Habeas Corpus (Doc. # 1) is hereby **DENIED without prejudice**;

(3) For the reasons set forth in the Magistrate Judge's R&R (Doc. # 5), the Court determines there would be no arguable merit for an appeal in this matter and, therefore, **no certificate of appealability shall issue**; and

(4) A separate Judgment will be filed concurrently herewith.

This 7th day of November, 2019.



Signed By:
*David L. Bunning*
United States District Judge

K:\DATA\ORDERS\Lexington\2019\19-312 Order Adopting R&R.docx